UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,   No. C 07-3374 MHP (pr)

    Plaintiff,   **ORDER OF TRANSFER**

    v.

ARNOLD SCHWARZENEGGER; et al.,

    Defendants.

    Anthony R. Turner filed this pro se civil action complaining of acts and omissions that apparently occurred while he was in custody in the Yolo County Jail. He has sued numerous individuals in the Yolo County Sheriff's Department, as well as two state officials in Sacramento County. Yolo County and Sacramento County are both within the venue of the Eastern District of California. The acts or omissions occurred in and the defendants apparently reside in the Eastern District. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

    IT IS SO ORDERED.

DATED: September 20, 2007

                                                  Marilyn Hall Patel
                                                  United States District Judge